THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS E. TIMMONS, Appellant.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

## (February 8, 1955.)

GREENBERG'S EXPRESS, INC., Respondent, v. LASSIE TOGS, INC., Appellant.— Determination unanimously affirmed, with costs to respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

NATIONAL CITY BANK OF NEW YORK et al., as Trustees under the Will of GEORGE H. NORMAN, Deceased, Respondents, v. EDITH H. BEEBE, Individually and as Executrix and Trustee under the Will of MABEL N. CERIO, Deceased, et al., Respondents, and FREDERICK H. PRINCE, JR., Individually and as Executor of NORMAN PRINCE, Deceased, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements payable out of the fund to all parties appearing and filing briefs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See post, p. 935.]

In the Matter of the Estate of EDWARD J. BARBER, Deceased. EDWARD J. BARBER, JR., et al., as Executors of EDWARD J. BARBER, Deceased, et al., Appellants; ETHEL A. BARBER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements payable out of the estate to all parties appearing and filing briefs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See post, p. 942.]

DOUGLAS RIPLEY et al., on Behalf of Themselves and All Other Stockholders of Believe It Or Not, Inc., Similarly Situated, Appellants-Respondents, v. DOUGLAS F. STORER et al., Respondents-Appellants, et al., Defendant.— Judgment appealed from unanimously modified so as to provide for an allowance to plaintiffs of a counsel fee in the sum of $2,500 plus disbursements and, as so modified, the judgment is in all things affirmed. On this record, considering the circumstances and the partial success of plaintiffs, allowance of a counsel fee and disbursements to plaintiffs is warranted. Settle order. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

SOPHIE MATTES, Appellant, v. DAVID COBEN et al., Respondents, et al., Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

AMERICAN NEWS COMPANY, INC., Respondent, v. AVON PUBLISHING CO., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Callahan, J. P., Breitel, Botein and Rabin, JJ.